IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MERCANTANTI,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **WCI OPERATIONS LLC,**<br>          **Defendant.** | **NO. 13-3814** |

## O R D E R

**AND NOW**, this 31st day of March, 2015, upon consideration of Defendant's Motion for Summary Judgment (Document No. 24, filed July 21, 2014), Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 29, filed August 18, 2014), Plaintiff's Answer to Defendant's Statement of Undisputed Material Facts (Document No. 30, filed August 18, 2014), Defendant's Response to Plaintiff's Statement of Additional Facts (Document No. 31, filed September 2, 2014), and Defendant's Reply Brief in Support of Motion for Summary Judgment (Document No. 32, filed September 2, 2014), for the reasons set forth in the Memorandum dated March 31, 2015, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of defendant, WCI Operations LLC, and **AGAINST** plaintiff, Lisa Mercantanti.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**